FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

James A. McDevitt
United States Attorney
Eastern District of Washington
Jared C. Kimball
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

**CR-05-184-WFN**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID SIDWELL, and<br>BRIAN HALL<br><br>    Defendants. | INDICTMENT<br><br>Vio: 21 U.S.C. §§ 952, 960, 963<br>Conspiracy to Import<br>Marijuana (Count 1)<br><br>21 U.S.C. §§ 841(a)(1), 846<br>Conspiracy to Distribute<br>Marijuana (Count 2)<br><br>31 U.S.C. §§ 5332, 5316,<br>18 U.S.C. § 2<br>Attempted Bulk Cash<br>Smuggling (Count 3)<br><br>18 U.S.C. §§ 2,<br>1956(a)(2), (h), 31 U.S.C.<br>§ 5316,<br>Conspiracy to Commit<br>Money Laundering<br>(Count 4) |

The Grand Jury Charges:

## COUNT 1

That BRIAN HALL and DAVID SIDWELL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, indicted and unindicted, and both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Importation of Marijuana, in that

INDICTMENT - 1

P51018RC.JKA.wpd

On or about and between May 1, 2002, through April 30, 2003, in the Eastern District of Washington, and elsewhere, the Defendants herein, BRIAN HALL and DAVID SIDWELL, did conspire to Import 100 or More Kilograms of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952 and 960(b)(2), and

On or about and between April 1, 2003, through April 30, 2004, in the Eastern District of Washington, and elsewhere, the Defendant herein, BRIAN HALL, did conspire to Import 1,000 or More Kilograms of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952 and 960(b)(1),

All in violation of 21 U.S.C. § 963.

## COUNT 2

That BRIAN HALL and DAVID SIDWELL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, indicted and unindicted, and both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Distribution of Marijuana, in that

On or about and between May 1, 2002, through April 30, 2003, in the Eastern District of Washington, and elsewhere, the Defendants herein BRIAN HALL and DAVID SIDWELL, did conspire to Distribute 100 or More Kilograms of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B), and

On or about and between April 1, 2003, through April 30, 2004, in the Eastern District of Washington, and elsewhere, the Defendant herein, BRIAN HALL did conspire to Distribute 1,000 Kilograms or More of Marijuana, in violation of 21 U.S.C. § 841(b)(1)(A),

All in violation of 21 U.S.C. § 846.

INDICTMENT - 2

P51018RC.JKA.wpd

COUNT 3

That on or about February 17, 2003, in the Eastern District of Washington, and elsewhere, BRIAN HALL and DAVID SIDWELL, the Defendants herein, with the intent to evade a currency reporting requirement under 31 U.S.C. § 5316, did commit the following offense against the United States, to wit: Bulk Cash Smuggling, by knowingly concealing more than $10,000 in United States currency, specifically, $184,570, in a conveyance or article of luggage, to wit: a backpack, and did attempt to transfer and transport such currency from a place within the United States, that is, the Eastern District of Washington, to place outside the United States, that is, Canada, in violation of 31 U.S.C. §§ 5332, 5316, and 18 U.S.C. § 2.

COUNT 4

That on or about and between May 1, 2002, through April 30, 2003, in the Eastern District of Washington, and elsewhere, DAVID SIDWELL and BRIAN HALL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, indicted and unindicted, and both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Money Laundering, by the knowing and intentional transport and transfer of funds, that is, United States Currency, from a place inside the United States, that is, the Eastern District of Washington, to a place outside the United States, that is, Canada, with the intent to promote the carrying on of specified unlawful activity, specifically, the Importation of Marijuana, in violation of 21 U.S.C. §§ 952 and 960; all in violation of 21 U.S.C. § 963, and the Distribution of Marijuana, in violation of 21 U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846, knowing that the funds involved in the transportation represented the proceeds of some form of unlawful activity and

INDICTMENT - 3

P51018RC.JKA.wpd

1  knowing that such transportation was designed in whole or in part to avoid a
2  transaction reporting requirement under state or federal law, in violation of 18
3  U.S.C. §§ 1956(a)(2), 1956(h), 31 U.S.C. § 5316, and 18 U.S.C. § 2.
4         DATED this __18__ day of October, 2005.

A TRUE BILL

_____
Foreperson

*signature*
Criminal Chief
James A. McDevitt
United States Attorney

*signature*
Jared C. Kimball
Assistant United States Attorney

INDICTMENT - 4

P51018RC.JKA.wpd