# PENALTY SLIP

DEFENDANT NAME: **DAVID SIDWELL**

TOTAL NO. COUNTS: **4**

VIO: **21 U.S.C. §§ 952, 960**
**Conspiracy to Import Marijuana**
**(Count 1)**

PENALTY: **CAG not less than 5 more than 40 years;**
**and/or $2,000,000 fine;**
**Not more than life supervised release;**
**a $100 special penalty assessment;**
**Denial of certain Federal Benefits (21 U.S.C. § 862)**

VIO: **21 U.S.C. §§ 841(a)(1), 846**
**Conspiracy to Distribute Marijuana**
**(Count 2)**

PENALTY: **CAG not less than 5 more than 40 years;**
**and/or $2,000,000 fine;**
**Not more than life supervised release;**
**a $100 special penalty assessment ;**
**Denial of certain Federal Benefits (21 U.S.C. § 862)**

VIO: **18 U.S.C. § 2, 31 U.S.C. §§ 5332, 5316**
**Attempted Bulk Cash Smuggling**
**(Count 3)**

PENALTY: **CAG not more than 5 years;**
**not more than 3 years supervised release;**
**Forfeiture of property;**
**a $100 special penalty assessment**

VIO: 18 U.S.C. §§ 1956(a)(2), (h); 31 U.S.C. § 5316
Conspiracy to Commit Money Laundering
(Count 4)

PENALTY: **CAG not more than 20 years;
and/or $500,000 fine;
Not more than 3 years supervised release;
a $100 special penalty assessment**

CASE NO. **CR-05-184-WFN-1**

AUSA INITIAL _[signature]_

sidwell penalty