

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 16 2005
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

James A. McDevitt
United States Attorney
Eastern District of Washington
Jared C. Kimball
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID SIDWELL, <br>     white male, <br>     dob: 10/27/1949 <br>     last known address: <br>     14 Orillia Park, <br>     Red Deer, Alberta, Canada, <br>     T4N 5A6 <br><br> and, <br><br> BRIAN HALL, <br>     white male, <br>     dob: 10/26/1966 <br>     last known address: <br>     33465 Hawthorne Avenue, <br>     Abbotsford, British Columbia, <br>     Canada, <br>     V2S 1B7 <br><br> Defendants. | CR-05-184-WFN <br><br> SUPERSEDING INDICTMENT <br><br> Vio: 21 U.S.C. § 963 <br> Conspiracy to Import <br> Marijuana (Count 1) <br><br> 21 U.S.C. § 846 <br> Conspiracy to Distribute <br> Marijuana (Count 2) <br><br> 31 U.S.C. § 5332 <br> Attempted Bulk Cash <br> Smuggling (Count 3) <br><br> 18 U.S.C. § 1956(h) <br> Conspiracy to Launder <br> Monetary Instruments <br> (Count 4) |

The Grand Jury Charges:

## COUNT 1

That beginning on a date unknown to the Grand Jury, but at least by on or about May 1, 2002, until on or about April 30, 2004, in the Eastern District of

SUPERSEDING INDICTMENT - 1
P51110jm.JKH

Washington, and elsewhere, BRIAN HALL and DAVID SIDWELL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, indicted and unindicted, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Importation of 1000 or more kilograms of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952 and 960(b)(1), all in violation of 21 U.S.C. § 963.

## COUNT 2

That beginning on a date unknown to the Grand Jury, but at least by on or about May 1, 2002, until on or about April 30, 2004, in the Eastern District of Washington, and elsewhere, BRIAN HALL and DAVID SIDWELL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons, indicted and unindicted, both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Distribution of 1,000 Kilograms or More of Marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841, all in violation of 21 U.S.C. § 946.

## COUNT 3

That on or about February 17, 2003, in the Eastern District of Washington, and elsewhere, BRIAN HALL and DAVID SIDWELL, the Defendants herein, with the intent to evade a currency reporting requirement under 31 U.S.C. § 5316, did commit the following offense against the United States, to wit: Bulk Cash Smuggling, by knowingly concealing more than $10,000 in United States currency, specifically, $184,570, in a conveyance or article of luggage, to wit: a backpack, and did attempt to transfer and transport such currency from a place within the United States, that is, the Eastern District of Washington, to place

outside the United States, that is, Canada, all in violation of 31 U.S.C. § 5332 and 18 U.S.C. § 2.

## COUNT 4

That on or about and between May 1, 2002, through April 30, 2003, in the Eastern District of Washington, and elsewhere, BRIAN HALL and DAVID SIDWELL, the Defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, indicted and unindicted, and both known and unknown to the Grand Jury, to commit the following offense against the United States, to wit: Laundering monetary instruments by the knowing and intentional transport and transfer of funds, that is, United States Currency, from a place inside the United States, that is, the Eastern District of Washington, to a place outside the United States, that is, Canada, with the intent to promote the carrying on of specified unlawful activity, specifically, the Importation and Distribution of Marijuana, in violation of 21 U.S.C. § 952 and § 841 and Conspiracy to Import and Conspiracy to Distribute Marijuana, in violation of 21 U.S.C. § 963 and § 846, knowing that the funds involved in the transportation represented the proceeds of some form of unlawful activity and knowing that such transportation was designed in whole or in part to avoid a transaction reporting requirement under state or federal law, in violation of 18

U.S.C. § 1956(a)(2), 31 U.S.C. §§ 5316 and 5332, all in violation of 18 U.S.C. § 1956(h) and 18 U.S.C. § 2.

DATED this 16th day of November, 2005.

A TRUE BILL

_____
Foreperson

James A. McDevitt
United States Attorney

Jared C. Kimball
Assistant United States Attorney

SUPERSEDING INDICTMENT - 4
P51110jm.JKH