RE⬛  ⬛USDC
SP⬛  ⬛⬛⬛10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 24 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA, )
                          )
              Plaintiff(s), )   Case Number: CR-05-184-WFN-1
   vs.                    )
                          )   WARRANT FOR ARREST
DAVID SIDWELL,            )
                          )
              Defendant(s). )
                          )

To:  The United States Marshal and any Authorized U.S. Officer

   YOU ARE HEREBY COMMANDED to arrest **DAVID SIDWELL** and bring him or her forthwith to the nearest Magistrate Judge to answer a(n) INDICTMENT charging him or her with violation of

21 U.S.C. 952, 960, 963   CONSPIRACY TO IMPORT MARIJUANA
21 U.S.C. 841(a)(1), 846   CONSPIRACY TO DISTRIBUTE MARIJUANA
31 U.S.C. 5332, 5316, 18 U.S.C. 2   ATTEMPTED BULK CASH SMUGGLING
18 U.S.C. 2, 1956(a)(2),(h),31 U.S.C. 5316   CONSPIRACY TO COMMIT MONEY LAUNDERING


JAMES R. LARSEN

by: _____
       Deputy Clerk

CLERK, U.S. DISTRICT COURT

October 18, 2005 at
Spokane, Washington

**BAIL FIXED AT AUSA SEEKS DETENTION BY HONORABLE CYNTHIA IMBROGNO**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**RETURN ON WARRANT**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date received : ___/___/___       Date of arrest: ___/___/___

Arresting Officer:

Name       : _____ Arrested on: 7/13/08 _____
Title      : _____ Within the Alaska District of _____
Signature  : _____ By: _____

Criminal Program Specialist

AO-442 - WARRANT FOR ARREST