Name: David Sidwell

I.D. #: 15748-006

Address P.O. Box 7001/A3C

Taft, California 93268

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 10 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
(Plaintiff/Petitioner)

v.

DAVID SIDWELL,
(Defendant(s)/Respondent)

Case Number: 2:05CR00184-WFN

NOTICE OF CHANGE
OF ADDRESS

/

PLEASE TAKE NOTICE THAT (print name) David Sidwell

hereby submits a notice of change of address in the above – entitled case as follows:

OLD ADDRESS: P.O. Box 7001/A3C

Taft, California 93268

NEW ADDRESS: 14 Orillia Park

Red Deer, Alberta, Canada. T4N 3A6

DATED: June 3, 2011

_____
Signature of Plaintiff/Petitioner

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS
FORM IN EACH OF YOUR OPEN CASES**